# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WELLS FARGO BANK NATIONAL ASSOCIATION,

          Plaintiff(s),

vs.

WOODWARD FAMILY TRUST, et al.,

          Defendant(s).

Case No. 2:16-cv-02449-GMN-NJK

ORDER

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than February 2, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

    IT IS SO ORDERED.

    DATED: January 27, 2017

                                                  NANCY J. KOPPE
                                                United States Magistrate Judge