# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>　　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>WOODWARD FAMILY TRUST, et al.,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:16-cv-02449-GMN-NJK<br><br>ORDER |

Pending before the Court is the parties' joint statement in which they consent to trial by magistrate judge and the use of the short trial program. Docket No. 28 at 2. Having now consented to both trial by magistrate judge and the use of the short trial program, the parties shall promptly comply with the instructions outlined at Docket No. 27. In particular, the parties are **ORDERED** to manually file, no later than February 15, 2017, the AO 85 form regarding consent to trial by magistrate judge. The parties are also **ORDERED** to execute and electronically file, no later than February 15, 2017, either Short Trial Form 4(a)(1) or Form 4(a)(2).

　　　IT IS SO ORDERED.

　　　DATED: February 8, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge