WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 50
Shadd A. Wade, Esq.
Nevada Bar No. 11310
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
swade@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15,<br><br>Plaintiff,<br><br>vs.<br><br>WOODWARD FAMILY TRUST, an entity of unknown origin; FERDINAND VASQUEZ, an individual; MADELEINE VASQUEZ, an individual; HIDDEN CANYON OWNERS ASSOCIATION, a domestic corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   2:16-cv-02449-GMN-NJK<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, Wells Fargo Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 ("Plaintiff"), by and through their attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Sean N. Payne, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP.  Wright, Finlay & Zak, LLP, will continue to represent Plaintiff and

///

request that Shadd A Wade, Esq. and Dana Jonathon Nitz, Esq. receive all future notices.

DATED this 22nd day of February, 2017.

WRIGHT, FINLAY & ZAK, LLP

/s/Shadd A. Wade, Esq.
Dana Jonathon Nitz, Esq.
Nevada Bar No. 50
Shadd A. Wade, Esq.
Nevada Bar No. 11310
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
swade@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15*

IT IS SO ORDERED.

Dated: February 23, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge