# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION, | Case No. 2:16-cv-02449-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 47) |
| WOODWARD FAMILY TRUST, et al. | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to reopen discovery, filed on August 9, 2017. Docket No. 47. To date, no response has been filed. Based solely on the late appearance of some parties,[1] good cause exists to reopen discovery and the motion is **GRANTED**. The Court hereby **SETS** the discovery cutoff as December 7, 2017, the dispositive motion cutoff as January 7, 2018, and the deadline to file a joint proposed pretrial order as February 6, 2018 (or 30 days after a decision on any dispositive motion(s) filed). The deadlines to amend the pleadings, serve expert disclosures, and serve rebuttal expert disclosures remain closed.

---

[1] To be clear, the parties' self-imposed stay of discovery without Court approval and Defendants' counsel's apparent suspension after the close of discovery, Docket No. 47 at 5-6, do not create good cause to reopen discovery. Moreover, Plaintiff's request for relief related to the latter is improperly included in the motion to reopen discovery. *See* Local Rule IC 2-2(b). To the extent Plaintiff seeks any relief other than the reopening of discovery, it must file a proper motion seeking that relief.

The parties should use this additional time for discovery wisely, as the Court is not inclined to grant any further extensions.

IT IS SO ORDERED.

DATED: August 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge