# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>WOODWARD FAMILY TRUST, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:16-cv-02449-GMN-NJK<br><br>ORDER<br><br>(Docket No. 49) |

Pending before the Court is Plaintiff's motion to discharge attorney Randal Alan DeShazer as attorney for Defendants Woodward Family Trust, Ferdinand Vasquez, and Madeleine Vasquez. Docket No. 49. The deadline to respond has passed, and no response has been filed. Based on the sealed order of suspension (Docket No. 3) in 2:17-ms-00057, Mr. DeShazer is suspended from practice in this Court.

Accordingly, Plaintiff's motion (Docket No. 49) is hereby **GRANTED**. Randal Alan Deshazer is hereby **DISCHARGED** as attorney of record in this case. No later than September 25, 2017, Mr. Deshazer is **ORDERED** to file a proof of service evidencing his serving a copy of this order on Defendants Woodward Family Trust, Ferdinand Vasquez, and Madeleine Vasquez. No later than September 25, 2017, Mr. Deshazer is **ORDERED** to file the address and phone numbers for Defendants Woodward Family Trust, Ferdinand Vasquez, and Madeleine Vasquez.

No later than October 16, 2017, Defendants Ferdinand Vasquez and Madeleine Vasquez are **ORDERED** to either have their new attorney file a notice of appearance or to file a notice of intent to proceed *pro se*. No later than October 16, 2017, Defendant Woodward Family Trust is **ORDERED** to

either have its new attorney file a notice of appearance or, to the extent it has reason to believe it would be proper to do so, shall file a notice of intent to proceed *pro se* supported by legal authority that proceeding *pro se* would be appropriate. *Cf. C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987) (holding that trust could not be represented *pro se* by trustee).

IT IS SO ORDERED.

DATED: September 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge