# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WELLS FARGO BANK NATIONAL ASSOCIATION,

Plaintiff(s),

v.

WOODWARD FAMILY TRUST, et al.,

Defendant(s).

Case No. 2:16-cv-02449-GMN-NJK

ORDER

(Docket No. 51)

Pending before the Court is Plaintiff's motion to strike Defendants' answer and for entry of default. Docket No. 51. The Court does not require a response, and the motion is **DENIED** without prejudice. The only legal authority submitted in seeking case-dispositive sanctions relates to Rule 12(f) of the Federal Rules of Civil Procedure. That rule permits striking redundant, immaterial, impertinent or scandalous matters from a pleading, *see* Fed. R. Civ. P. 12(f), and Plaintiff fails to explain how that rule is a basis to impose case-dispositive sanctions for alleged litigation misconduct.[1] In short, Plaintiff has failed to identify appropriate legal authority and the standards established therein for the case-dispositive relief it seeks.

---

[1] Plaintiff notes Defendants' counsel failed to file Defendants' contact information as ordered, *see* Docket No. 51 at 3, *see also* Docket No. 50, but Plaintiff does not explain why case-dispositive relief would be appropriate at this juncture given that the Court has provided Defendants with 30 days to obtain a new attorney or file a notice to proceed *pro se* (with respect to the individual Defendants). *See* Docket No. 50.

Accordingly, the motion is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: October 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge