UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>                Plaintiff(s),<br><br>vs.<br><br>WOODWARD FAMILY TRUST, et al.,<br><br>                Defendant(s). | Case No. 2:16-cv-02449-GMN-NJK<br><br>ORDER<br><br>(Docket Nos. 53, 54) |

On September 18, 2017, the Court discharged attorney Randal Alan DeShazer as attorney for Defendants Woodward Family Trust, Ferdinand Vasquez, and Madeleine Vasquez. Docket No. 52. The Court ordered Defendants Ferdinand Vasquez and Madeleine Vasquez to either have their new attorney file a notice of appearance or to file a notice of intent to proceed *pro se*. The Court further ordered Defendant Woodward Family Trust to either have its new attorney file a notice of appearance or, to the extent it has reason to believe it would be proper to do so, shall file a notice of intent to proceed *pro se* supported by legal authority that proceeding *pro se* would be appropriate. *Cf. C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987) (holding that trust could not be represented *pro se* by trustee). The Court set a deadline for the above actions October 16, 2017.

Now pending before the Court are two notices, which the Court construes as motions to extend that deadline. *See* Docket Nos. 53, 54.[1] In particular, Mr. Vasquez and the trustee represent that these

---

[1] The Court construes liberally the filings of *pro se* litigants. *See, e.g.*, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

defendants were not given notice of the above order until late last week, and that they need additional time in which to secure new legal representation. *See id.* Good cause appearing, these motions are **GRANTED**. The deadline by which these defendants shall comply with the Court's previous order (Docket No. 52) is hereby **EXTENDED** to November 15, 2017.

IT IS SO ORDERED.

DATED: October 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge