# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>WOODWARD FAMILY TRUST, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-02449-GMN-NJK<br><br>ORDER |

On September 18, 2017, the Court discharged attorney Randal Alan DeShazer as attorney for Defendants Woodward Family Trust, Ferdinand Vasquez, and Madeleine Vasquez. Docket No. 52. The Court ordered Defendants Ferdinand Vasquez and Madeleine Vasquez to either have their new attorney file a notice of appearance or to file a notice of intent to proceed *pro se*. The Court further ordered Defendant Woodward Family Trust to either have its new attorney file a notice of appearance or, to the extent it has reason to believe it would be proper to do so, shall file a notice of intent to proceed *pro se* supported by legal authority that proceeding *pro se* would be appropriate. *Cf. C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987) (holding that trust could not be represented *pro se* by trustee).

Pending before the Court are several related notices. First, Defendant Ferdinand Vasquez has filed a notice that he intends to proceed *pro se*. Docket No. 57. The docket has been updated accordingly. The Court advises Mr. Vasquez that he is expected to comply with all Court orders and applicable rules, notwithstanding that he is proceeding *pro se*. *See, e.g.*, *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Failure to do so may result in the imposition of sanctions.

Second, Mr. Vasquez has filed a notice that his wife has transferred her interest in the subject property to him. Docket No. 57. It appears that Mr. Vasquez is therefore trying to substitute as a party in place of his wife. *See* Fed. R. Civ. P. 25(c). To the extent that is the case, Mr. Vasquez must file a proper motion to substitute by December 13, 2017. The Court will evaluate whether such substitution is proper once that motion has been filed and briefing has been completed.

Third, Ricardo Fojas has indicated that he intends to move to be substituted in place of Defendant Woodward Family Trust. Docket No. 56. Such motion must be filed by December 13, 2017. The Court will evaluate whether such substitution is proper once that motion has been filed and briefing has been completed.

IT IS SO ORDERED.

DATED: November 29, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge