# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>WOODWARD FAMILY TRUST, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:16-cv-02449-GMN-NJK<br><br>ORDER<br><br>(Docket Nos. 59, 60) |

Pending before the Court is a motion to substitute Defendant Ferdinand Vasquez in place of Madeleine Vasquez. Docket No. 60. Also pending before the Court is a motion to substitute Ricardo Fojas in place of Woodward Family Trust. Docket No. 59. To date, no response has been filed. Accordingly, the motions are **GRANTED** as unopposed. *See* Local Rule 7-2(d).

The parties shall file, no later than January 16, 2018 a joint status report as to any remaining discovery and a proposed schedule for moving forward this case forward to completion.

IT IS SO ORDERED.

DATED: January 4, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　United States Magistrate Judge