# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>              Plaintiff(s),<br><br>v.<br><br>RICARDO FOJAS, et al.,<br><br>              Defendant(s). | Case No. 2:16-cv-02449-GMN-NJK<br><br>ORDER<br><br>(Docket No. 65) |

Pending before the Court is a joint status report, Docket No. 65, which seeks relief from the Court. To the extent litigants require relief from the Court, they must file a stipulation, motion or other proper request for relief. A joint status report is not a proper means through which to request relief. Nonetheless, as a one-time courtesy to the parties, the Court will construe the joint status report as a stipulation and will **GRANT** it in part. The deadline to file dismissal papers is **EXTENDED** to March 7, 2018.

IT IS SO ORDERED.

DATED: February 5, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge