WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLING MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO FOJAS, an individual; FERDINAND VASQUEZ, an individual;; HIDDEN CANYON OWNERS ASSOCIATION, a domestic corporation,<br><br>Defendants. | Case No.: 2:16-cv-02449-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

///

///

///

///

///

///

///

# STIPULATION AND ORDER FOR DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter and any and all claims between the parties, be dismissed, each party to bear their own costs and attorney's fees.

DATED this 4th day of April, 2018.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Robert A. Riether, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Wells Fargo Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15*

DATED this 4th day of April, 2018.

**RICARDO FOJAS**

*/s/ Ricardo Fojas (with permission)*
Ricardo Fojas
2413 Pickwick Drive
Henderson, NV 89014
*Defendant*

DATED this 4th day of April, 2018.

**FERDINAND VASQUEZ**

*/s/ Ferdinand Vasquez (with permission)*
Ferdinand Vasquez
7940 Quail Heaven Street
Las Vegas, NV 89131
*Defendant*

DATED this 4th day of April, 2018.

**PENGILLY LAW FIRM**

*/s/ Elizabeth Lowell, Esq. (with permission)*
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134
*Attorneys for Hidden Canyon Homeowners Association*

**IT IS SO ORDERED.**

Dated this __5__ day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

*Respectfully submitted by:*

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Wells Fargo Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15*